AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**NATBEYE KOUMBAIRIA**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 6, 2007** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant did, (Track Statutory Language of Offense)

**having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a High Point .45 caliber handgun and .45 caliber ammunition.**

in violation of Title **18** United States Code, Section(s) **922(g)(1)**.

I further state that I am **SPECIAL AGENT RYAN PETRASEC**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**SPECIAL AGENT RYAN PETRASEC**
**UNITED STATES SECRET SERVICE**

Sworn to before me and subscribed in my presence,

_____   at   **Washington, D.C.**
Date                                      City and State

_____        _____
**Name & Title of Judicial Officer**            **Signature of Judicial Officer**

**STATEMENT OF FACTS**

      On Tuesday, March 6, 2007, members of the Metro Area Secret Service Task Force executed a U.S. District Court search warrant at xxxx x$^{xx}$ Xxxxxx, x.x., Xxxxxxxxxx, X.X. Agents received information from a confidential informant that it was in the defendant's house and the defendant showed it the gun. The CI provided detailed information about the gun. Once inside the home, agents recovered a loaded High Point .45 caliber handgun from a dining room closet. This gun matched the description from the CI exactly. They also found a scale and a greenwish weed substance in the basement. A portion of the greenish weed substance field tested positive for THC. The officers seized mail matter with defendant's name and the forementioned address. Officers placed the defendant, Natbeye Koumbairia, under arrest. To the best of the undersigned officer's knowledge, defendant Natbeye Koumbairia has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in Maryland. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such a crime. He wrote his initials on the computer print-outs that he reviewed, so that he would recognize them again in the future. To the best of this officer's knowledge, there are no High Point .45 caliber handguns nor ammunition manufactured in the District of Columbia.

_____
SPECIAL AGENT RYAN PETRASEC
UNITED STATES SECRET SERVICE

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_\_\_\_ DAY OF MARCH, 2007.

_____
U.S. MAGISTRATE JUDGE